Name          Margaret Johns

Street Address    1953 Greenberry Rd.

City and County   Baltimore

State and Zip Code  Maryland, 21209

Telephone Number  (631) 645-7635



**FILED**

DEC 11 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____Margaret Johns_____

_____

_____

*(Writethefullnameofeachplaintiffwhoisfiling this
complaint.If the names of all the plaintiffs cannot
fit in the space above, please write "see attached"
in the space and attach an additional page with
the full list of names.)*

### -against-

Kimball, Tirey & St. John LLP

Huntington Square

_____

*(Write the full name of each defendant who is
being sued.If the names of all the defendants
cannot fit in the space above, please write "see
attached"inthespaceandattachanadditional page
with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25CV3576 DC CKD (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☑ No
                *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Margaret Johns |
| Street Address | 1953 Greenberry Rd. |
| City and County | Baltimore   - Baltimore Co |
| State and Zip Code | Maryland, 21209 |
| Telephone Number | (631) 645-7635 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kimball, Tirey & St. John LLP |
| Job or Title (if known) | Debt Collector |
| Street Address | 7676 Hazard Center Dr. # 900 |
| City and County | San Diego -    San Diego  Co |
| State and Zip Code | California 92108 |
| Telephone Number | 800-575-1770 |

Defendant No. 2

| | |
|---|---|
| Name | Huntington Square LLC |
| Job or Title | 7311 Huntington Square Lane |
| City and County | Citrus Heights    Sacramento Co |
| State and Zip Code | California 95621 |
| Telephone Number | (916) 580-6812 |

2

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑  X Federal question               ☐  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

_____

_____

_____

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case    Fair and Accurate Credit Transactions Act of 2003: 15USC 1601

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.      The Plaintiff(s)

        a.      If the plaintiff is an individual

        The plaintiff, *(name)* Margaret Johns_____, is a citizen of the State of *(name)* Maryland_____.

        b.      If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.      The Defendant(s)

        a.      If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.      If the defendant is a corporation

The defendant, *(name)* __Kimball, Tirey & St. John LLP_____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* ____California____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants knowingly provided false and derogatory information to consumer credit reporting agencies Equifax, Trans Union and Experian;

Defendants failed to report the collection amount was in dispute as required under 15 USC 1601 Part 660;

Defendants provided an itemized account statement which contained fees and balances for services not delivered.

5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defendant's actions resulted in derogatory and inaccurate information being provided as part of a pre-employment background check which included a consumer credit report.

Defendant's actions resulted in a consumer credit denial by Chase Bank NA.

Plaintiff seeks judicial relief in the form of court mandated removal of inaccurate and derogatory information, which defendants have refused;

Financial relief for legal costs and damages resulting from debt collection actions which violate 15 USC 1601

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 4th, 2025.

Signature of Plaintiff

Printed Name of Plaintiff    *Margaret Johns*

Margaret Johns

6